Steven Henry TROTMAN, Plaintiff—Appellant,

v.

Bruce BRYANT, York County Sheriff; Allen Brandon, Sheriff; Russell Yeager, Deputy, York County Sheriff's Department; York County, South Carolina, City, Town and Municipality; David Fortson, Jr., Chief of Police; Charles Cabaniss, Captain, Rock Hill Police Department; City of Rock Hill; York County Sheriff's Department; Rock Hill Police Department, Defendants—Appellees.

No. 06–6510.

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2006.

Decided: Aug. 2, 2006.

Steven Henry Trotman, Appellant Pro Se. Terry B. Millar, Terry B. Millar, L.L.C., Rock Hill, South Carolina; Barton Jon Vincent, David Leon Morrison, Davidson, Morrison & Lindemann, P.A., Columbia, South Carolina, for Appellees.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven Henry Trotman appeals the district court's order denying his motion to extend time to file a notice of appeal. We have reviewed the record and find no reversible error. We deny Trotman's motion to appoint counsel, and we affirm for the reasons stated by the district court. *Trotman v. Bryant*, No. 0:03–cv–02729–RBH (D.S.C. Mar. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*